IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALCOLM CARPENTER,

    Plaintiff,                             CV F 06 1041 OWW WMW   P

  vs.                                     ORDER DISMISSING ACTION

D. SMITH, et al.,

    Defendants.

    Plaintiff is a federal prisoner proceeding pro se. On August 18, 2006, Plaintiff filed a notice of voluntary dismissal. Specifically, Plaintiff indicates that he would like to dismiss this action without prejudice so that he may exhaust his available administrative remedies. There has been no service of process, and defendant has not entered an appearance.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a) on Plaintiff's motion.

IT IS SO ORDERED.

**Dated:   August 25, 2006**                    /s/ Oliver W. Wanger
emm0d6                                     UNITED STATES DISTRICT JUDGE